# United States Bankruptcy Court

## District of South Carolina

Filed By The Court
11/29/24 12:37 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re   Michael Antonio Addison

Debtor

Case No. 24-04077-eg

821 Ellis Avenue
Orangeburg, SC 29115

SSNxxx-xx-8702

Chapter 13

## Motion for Extension of Time to File Schedules and Other Documents

The Debtor moves this Court as follows:

1. On November 13, 2024, the Debtor filed a voluntary petition in bankruptcy which halted an execution of a default judgement and sale of his real property.

2. The schedules, statements of financial affairs, payment advices, statement of current monthly income, and means test calculations are due on November 27, 2024.

3. The Debtor will need an additional 20 days to prepare and gather these documents because of the need to gather all the necessary information from creditors during the holiday season.

WHEREFORE, the Debtor requests that this Court grant an extension of twenty (20) days, until December 20, 2024, to prepare and file his schedules, statements of affairs, payment advices, statement of current monthly income, and means test calculation pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure.

November 27, 2024

*Michael Antonio Addison*

Michael Antonio Addison