# United States Bankruptcy Court

## District of South Carolina

| | |
|---|---|
| In re   Michael Antonio Addison | |
| Debtor | Case No.  24-04077-eg |
| 821 Ellis Avenue<br>Orangeburg, SC 29115 | |
| SSNxxx-xx-8702 | Chapter 13 |

### Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required Under 11 U.S.C. Section 521(a)(1)

The Debtor, Michael Addison represents the following to the court:

1. Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on November 13, 2024. the Debtor filed a voluntary petition in bankruptcy which halted an execution of a default judgement and sale of his real property.

2. Debtor's petition was prepared and filed in an expedited manner to stop a pending execution of a default judgement obtained by material misrepresentation and fraud on the courts.  The Debtor was unable to gather all the necessary documents for completing the chapter 13 schedules, statement of affairs, plan and other information and documents required under section 521(a)(1) when the petition was filed.  Debtor was under the duress of "Threat of Arrest" for failing to give opposing attorney information on personal property, real property, bank accounts, life insurance, stocks, bonds, etc. Debtor's files and documents are stored in a secured facility named ExtraSpace Storage. Debtor was unable to retrieve documents because Debtor was locked out of the storage facility and could not gain access to his documents and files after filing the petition on November 13, 2024.  Even after informing the management at ExtraSpace Storage with a Notice of Bankruptcy, access continued to be denied until December 10, 2024 and up to the present moment. (See image below)

3. Debtor filed a Motion for Extension of Time to File Chapter 13 Schedules, Statement of Affairs and Chapter 13 Plan, and an extension of time was granted until December 11, 2024

4. Debtor has acquired a copy of the Local Bankruptcy Rules for South Carolina which is 113 pages long, and the Annotated Local Bankruptcy Rules for South Carolina which are also approximately 113 pages long. Debtor has contacted attorneys in reference to his petition, but even if and when Debtor hires an attorney, the Debtor has a very complex case and is continuing to gather all the necessary information required to complete the schedules, statements and other required documents which requires more time.

5. Debtor has a voluminous case which is rather complex given the fact that the Debtor is self-employed and the majority of Debtor's income is from self-employment activities. Debtor has contacted the U.S. Department of Education to confirm status of Student Loans.  Debtor is retrieving information from the I.R.S. in reference to back taxes.  Debtor has reached out to several creditors waiting on their information of balances and payoffs to provide an accurate accounting of the facts.

6. Due to the complexity of the case and the volume of material required to authenticate each form and schedule under the penalty of perjury, the Debtor will be unable to complete the forms, the chapter 13 statements and plan within the limited time provided.

7. It is requested that the Court grant the Debtor an additional period of 45 days, pursuant to U.S.C section 521 (i)(3) and rules 1007(c) and 3015(b) of the Federal Rules of Bankruptcy Procedure, so that the Debtor may prepare and submit the necessary forms and information.

8. This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an additional extension of time.

WHEREFORE, the Debtor requests that this Court grant him an extension of time until January 31, 2025 (considering the holidays for Christmas Eve, Christmas Day, New Years, and Martin Luther King Jr.)  in which to file Debtor's chapter 13 schedules, statement of affairs, payment advises, statement of current monthly income and disposable income calculation, chapter 13 plan and all other information and forms required by 11 U.S.C. section 521(a)(1).

December 11, 2024

*Michael Antonio Addison*

Michael Antonio Addison 803.596.9040

