**FILED**

at 2 O'clock & 44 min. P M

**JAN 16 2025**

United States Bankruptcy Court
Columbia, South Carolina

Dr. Michael A Addison
821 Ellis Avenue
Orangeburg, SC 29115
Email: drmike821@gmail.com

January 16, 2025

United State Bankruptcy Court                    Case No: 24-04077-eg Chapter 13
1100 laurel Street
Columbia, SC 29201
Attention: Elisabetta G.M. Gasparini, US Bankruptcy Judge District of South Carolina

Re:  Meeting of Creditors/Pre-Petition Claims/Potential Viable Claims/Rule To Show Cause

Greetings Judge Gasparini,

After filing a request for an extension of time to comply with the initial orders related to the required documents, I continued to prepare the paperwork, and I spoke with several law firms. **Thank you for granting the extension of time**.  This is a very complexed case which is consuming 8-10 hours a day of my time/life.

After receiving the extension of time, I was unaware of the January 02, 2025 Meeting of Creditors not being extended as well. I want to reschedule the Meeting of Creditors and I will not miss the appointment.  When the extension of time was granted, I thought it included the Meeting of Creditors as well.  I made a mistake.  I am prepared to attend the Meeting of Creditors and answer all questions under oath.

I also have several potential viable claims that are being prepared for adjudication, along with two (2) Pre-Petition Claims that have started. I want to move the two Pre-Petition Claims to the US Bankruptcy Court because these two claims have a direct effect on the Bankruptcy Estate. I am asking Trustee Hardesty to join me as Co-Plaintiff on the Potentially Viable Claims, and one of the Pre-Petition Claims which is filed in Richland County Court.

I am asking the Court to re-schedule the Meeting of Creditors, **and cancel the hearing "Rule To Show Cause" Scheduled for January 21, 2025 at 10:30 AM**.  As I have stated, this is a very complex case. I have spoken to several law firms and I have been denied representation due to the complexity of this bankruptcy case. If you know of a law firm willing to handle this bankruptcy case, I will gladly meet with them.

Sincerely,

Michael A Addison

cc:    Dawn M. Hardesty, Chapter 13 Trustee
       250 Berryhill Road #402, Columbia, SC 29210
       803-779-5180